IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff* | |
| vs. | DOCKET NO. 3:00cr222-3 |
| | (Related Docket: 3:12cv125-GCM) |
| QUINTIN JERRAD SNEAD, | |
| *Defendant/Petitioner.* | |

**ORDER**

**THIS MATTER** is before the Court on Defendant's Motion for Time-Served Sentence (Doc. No. 199).

Defendant filed a motion to vacate sentence on February 24, 2012. The government responded in support of the motion on December 24, 2013. This Court granted the motion on December 30, 2013, and ordered that Defendant be resentenced in accordance with the Order. On January 6, 2014, U.S. Probation Officer Cynthia Easley filed a Supplemental Presentence Report finding that Defendant's new applicable Guidelines range is 60-71 months. Because Defendant has served well in excess of the now-applicable Guideline range, the PSR recommends a sentence of time served.

This Court finds that a time-served sentence is appropriate. In order to most efficiently process Defendant's release, this Court hereby GRANTS Defendant's motion for a time-served sentence without a hearing.

The Clerk is directed to certify copies of this order to defendant, to counsel for defendant, to the United States Attorney, and the United States Marshals Office.

The Bureau of Prisons is directed to release the Defendant 10 days after the signing of this Order.

**SO ORDERED.**

Signed: January 15, 2014

Graham C. Mullen
United States District Judge