IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-222

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUINTIN JERRAD SNEAD (3) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the pro se Motion for Early Termination of Supervised Release filed on May 23, 2016. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: May 27, 2016

Graham C. Mullen
United States District Judge